UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENZYME CORPORATION, et al<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS Inc., et al<br><br>Defendants. | Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br><br><br><br>Civ. Action No. 2:16-cv-5828-SRC-CLW |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Genzyme Corporation, Southern Research Institute and sanofi-aventis US LLC and Defendants Mylan Pharmaceuticals Inc., Mylan Laboratories Limited, and Mylan Inc. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

| WALSH PIZZI O'REILLY FALANGA LLP | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
| s/Liza M. Walsh | s/Nicole W. Stafford |
| Liza M. Walsh | Nicole W. Stafford |
| Christine T. Gannon | 900 South Capital of Texas Highway |
| One Riverfront Plaza | Las Cimas IV, Fifth Floor |
| 1037 Raymond Boulevard, Suite 600 | Austin, Texas 78746 |
| Newark, New Jersey 07102 | Tel: (512) 338-5402 |
| Tel: (973) 757-1100 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |
| Dated: November 18, 2016 | Dated: November 18, 2016 |

The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

**SO ORDERED:**

This 22 day of Nov, 2016.

_____
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE